# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3256
LT Case No. 2017-301344-CFDB

_____

ROBERT S. HAAR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Karen Adams Foxman, Judge.

Robert S. Haar, Monticello, pro se.

No Appearance for Appellee.

June 4, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____